IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BERNARD SWAN**                                                                                                       **PLAINTIFF**

v.                                               Case No. 4:23-CV-01116-LPR

**SHERRI FLYNN,** *Director, SOSRA*
**and SARAH HICKS,** *Detective, Pulaski*
***County Regional Detention Facility***                                                           **DEFENDANTS**

## ORDER

On November 22, 2023, Plaintiff Bernard Swan, then an inmate at the Pulaski County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On January 2, 2024, Mr. Swan notified the Court that he had been released from detention.[2] As a result, the Court denied as moot his prisoner application to proceed *in forma pauperis* ("IFP"), sent Mr. Swan a free-world application to proceed IFP, and directed him to file his updated IFP no later than February 28, 2024.[3] The Court warned Mr. Swan that his failure to comply with the Order could result in the dismissal of his Complaint.[4] Mr. Swan filed a second Notice with the Court on January 29, 2024, updating his address.[5] File-marked copies of the Court's January 29th Order and Mr. Swan's Notice were mailed to Mr. Swan at his updated address; however, those documents have been returned to the Court as undeliverable.[6]

Mr. Swan has not complied with, or otherwise responded to, the Court's January 29, 2024 Order, and the time for doing so has expired. Because Mr. Swan has not filed a free-world

---

[1] Compl. (Doc. 2).

[2] Notice (Doc. 5).

[3] Order (Doc. 6).

[4] *Id*.

[5] Notice (Doc. 7).

[6] Docs. 8–9.

application to proceed IFP, updated his mailing address, or otherwise complied with the Court's Order, his Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 25th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE